AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Nowlin, James R. | U.S.D.C., Austin, Texas | 4/25/05 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* <br> U.S.D.C. Judge, Senior | 5. Report Type (check appropriate type) <br> __ Nomination, Date 10/26/81 <br> __ Initial  XX Annual  __ Final | 6. Reporting Period <br> 1/01/04 <br> to <br> 12/31/04 |
|---|---|---|

| 7. Chambers or Office Address <br> U.S. Courthouse <br> 200 W. 8th Street <br> Austin, Texas 78701 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| X NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| X NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1  2004 | State Employees' Retirement System of Tx | $31,905.36 |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| [X] 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] 1 | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |
| | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] 1 | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=25,000,001-50,000,000    P4=50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R. | 4/25/05 |

## VII. Page 1 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, | | | | | | | | | |
| 1 Farm,Bastrop Cty, Tx. | C | farm | O | Q | | | | | |
| 2 Smith Barney,Austin,Tx | A | Int | N | T | | | | | |
| 3 Livestock/crop-#1 abv. | C | farm | K | T | | | | | |
| 4 Affil.Computer Svcs.A | A | none | J | T | | | | | |
| 5 Cisco Systems | A | none | J | T | | | | | |
| 6 Clear Channel Comm. | A | none | J | T | | | | | |
| 7 Euro Disney S Cl Shares | A | none | J | T | | | | | |
| 8 Euro Disney Warrants | A | none | J | T | | | | | |
| 9 First Natl. Bank of Bastrop, Tx. | A | Int | J | T | | | | | |
| 10 General Electric | A | Divd | J | T | | | | | |
| 11 Nokia | A | none | J | T | | | | | |
| 12 Pfizer | A | divd. | J | T | | | | | |
| 13 SBC Communications | A | divd | J | T | | | | | |
| 14 Intl. House of Pan. (IHOP) | C | divd | J | T | | | | | |
| 15 D.C. W&S AU Pub Utl Notes, Sub SR 2004 | B | Int | E | T | buy | 7/24 | K | | Market |
| 16 Dominion Exploration | A | Roy | J | W | | | | | |
| 17 EXCO Resources | A | Roy | J | W | | | | | |

1  Income/Gain Codes:  A=$1,000 or less      B=$1,001-$2,500      C=$2,501-$5,000      D=$5,001-$15,000      E=$15,001-$50,000
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2  Value Codes:        J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000   M=$100,001-$250,000
   (See Col C1, D3)    N=$250,001-$500,000  O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
                       P3=$25,000,001-$50,000,000                 P4=More than $50,000,000
3  Value Method Codes: Q=Appraisal          R=Cost (real estate only)  S=Assessment      T=Cash/Market
   (See Col. C2)       U=Book value         V=Other               W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Nowlin, James R. | 04/25/05 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions  *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18 GulfMark Energy, Inc. | A | Roy | J | W | | | | | |
| 19 ConocoPhillips Co. | A | Roy | J | W | | | | | |
| 20 D.Y. Exploration, Inc | A | Roy | J | W | | | | | |
| 21 Journey Operating | A | Roy | J | W | | | | | |
| 22 McCombs Energy, LLC | A | Roy | J | W | | | | | |
| 23 Franklin/Leslie Lewis | A | Roy | J | W | | | | | |
| 24 Seminole Transp. | A | Roy | J | W | | | | | |
| 25 Tiger Resources, LLC | A | Roy | J | W | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 |
| 3. Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nowlin, James R. | 04/25/05 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

PART VII (A):

Re Items #16 through 25 -

Oil/Gas Royalty Interest Lessors/Payors: No new or additional royalty interests were bought or sold during this reporting period. ANY CHANGE OR DIFFERENCE IN PAYORS LISTED HEREIN FROM PRIOR REPORTS DOES NOT REFLECT OR INDICATE ANY SALE, ACQUISITION OR TRANSFER OF ROYALTY INTERESTS BUT ONLY REFLECTS CHANGES, IF ANY, IN LEASE OPERATORS OR AN ABSENCE OF ROYALTY INCOME FROM A PARTICULAR INTEREST DURING THIS REPORTING PERIOD. Under Texas law, an oil or gas royalty interest is not an interest in real estate.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____

Date April 25, 2005

NOTE: AN INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544